IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Carla Ransom | ) | Case No. 11 C 7979 |
| | ) | |
| v. | ) | |
| | ) | Judge: Matthew F. Kennelly |
| | ) | |
| Levy Security Corporation | ) | |

## **ORDER**

     Pursuant to the parties' stipulation, the case is dismissed with prejudice, with each party to bear its own fees and costs.   The jury trial set for 9/30/2013 is vacated.


Date:   8/23//2013                                                                                  /s/ Matthew F. Kennelly